# EXHIBIT I

## ADDENDUM TO SALE, MARKETING AND OPERATING AGREEMENT

WHEREAS, on the 1ST day of January, 2003 a Sales, Marketing and Operating agreement was entered between Johnson Emu, Inc. ("JEI", an Alabama corporation having its principal place of business in Birmingham, Alabama and Nutrition & Fitness, Inc. (NFI") a North Carolina corporation, having its principal place of business in Fayetteville, North Carolina.

### RECITAL

WHEREAS, JEI has officially changed its corporate name to Progressive Emu, Inc (PEI") in accordance with the laws of the State of Alabama Corporate Laws, and

WHEREAS, PEI wants to retain the full contents of its original agreement of January 1, 2003

### AGREEMENT

1.1   That NFI accept PEI as the official name of the contract hereinbefore stated.

1.2   That all terms and conditions previously set forth herein, during the term of this agreement remain the same.

1.3   That this addendum be part of the original agreement herein.

Progressive Emu, Inc.
By: _____
Its: _____CEO_____

Accepted and approved by Nutrition & Fitness, Inc.
By: _____
Its: _PRESIDENT / CEO_