# EXHIBIT J

## Betsy Horner

**From:** Larry Chriscoe
**Sent:** Wednesday, August 20, 2008 1:31 PM
**To:** cbinkley@proemu.com
**Cc:** Betsy Horner; Andy Smith; Andrew Martin; Richard Guy
**Subject:** RE: Emu Oil

Chris,
This works for us.

Betsy and Andy......Please make the cost changes on the $8,000 and the $9,000 barrels. Keep the $6,500 price the same.
Larry

---

**From:** cbinkley@proemu.com [mailto:cbinkley@proemu.com]
**Sent:** Wednesday, August 20, 2008 12:04 PM
**To:** Larry Chriscoe
**Subject:** Emu Oil

Larry,
     Andy and I discussed the barrel situation and would like to propose that we keep the $6,500 barrels where they are at since we are already taking a hit on them. We do not want to take a hit on top of a hit so to speak. On the next two price levels where we are not taking quite a hit we will back the price down by what ever the price per gallon works out to. On the $8,000 barrels we will back the price down by $344.72 per barrel and on the $9,000 barrels that would work out to $387.83 per barrel. We can round these #'s off if it makes sense. Let us know what your thoughts are.  Thanks CB

8/20/2008

NFI Consumer Products

4525 Campground Rd.
Fayetteville, NC  28314

# Purchase Order

| DATE | P.O. NO. |
|---|---|
| 8/17/2011 | 2741 |

| Vendor | Ship To |
|---|---|
| Progressive Emu<br>Andrew Martin<br>PO Box 590088<br>Birmingham, AL  35259 | NFI Consumer Products<br>4525 Campground Rd<br>Fayetteville, NC  28314 |

RECEIVED IN FULL

| | Expected |
|---|---|
| | 9/16/2011 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Emu Oil | Emu Oil - Barrel | 4 | 7,655.28 | 30,621.12 |
| | | | **Total** | $30,621.12 |

NFI Consumer Products

4525 Campground Rd.
Fayetteville, NC  28314

# Purchase Order

| DATE | P.O. NO. |
|---|---|
| 11/10/2011 | 2774 |

| Vendor | Ship To |
|---|---|
| Progressive Emu<br>Andrew Martin<br>PO Box 590088<br>Birmingham, AL  35259 | NFI Consumer Products<br>4525 Campground Rd<br>Fayetteville, NC  28314 |

RECEIVED IN FULL

| Expected |
|---|
| 12/9/2011 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Emu Oil | Emu Oil - Barrel | 3 | 8,612.17 | 25,836.51 |

**Total** $25,836.51